1034

[Nos. 28985-1-III; 28986-9-III.   Division Three.   February 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TAYLOR ROSS
LANDRUM, *Appellant*.

*Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 29321-1-III.   Division Three.   February 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC P. ALGER,
*Appellant*.

*Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[Nos. 29529-0-III; 29603-2-III.   Division Three.   February 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EUGENE
HAZELMYER, *Appellant*.

*In the Matter of the Personal Restraint of* MICHAEL E.
HAZELMYER, *Petitioner*.

Judgment *affirmed* and petition *dismissed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.